June 3, 1997

No. A–875. Harris v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Justice Scalia took no part in the consideration or decision of this application.

No. 96–8892 (A–811). Behringer v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Certiorari denied.

June 4, 1997

No. 96–1126. Iolab Corp. v. Hunter. Sup. Ct. Mo. Certiorari dismissed under this Court's Rule 46.1.